UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Arron S. King, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>Ramsey County Jail, Willow River. CIP, Hennepin County Jail, and Correctional Officers and Nursing Staff,<br><br>Defendants. | Civ. No. 24-1408 (JWB/DJF)<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Arron S. King, Sr., pro se.

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on July 18, 2024. (Doc. No. 8.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The July 18, 2024 R&R (Doc. No. 8) is **ACCEPTED**;

2. The action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and

3. Plaintiff Arron S. King, Sr.'s Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 4) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 20, 2024
                                           *s/ Jerry W. Blackwell*
                                           JERRY W. BLACKWELL
                                           United States District Judge